No. 71–827. HUGHES TOOL CO. ET AL. *v.* TRANS WORLD AIRLINES, INC.; and

No. 71–830. TRANS WORLD AIRLINES, INC. *v.* HUGHES TOOL CO. ET AL., 409 U. S. 363. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 72–5410. BLACK *v.* UNITED STATES, 409 U. S. 1027; and

No. 72–5470. CASTANEDA *v.* CALIFORNIA, 409 U. S. 1126. Motions for leave to file petitions for rehearing denied.

MARCH 7, 1973

No. 72–960. CREAMER *v.* GEORGIA. Sup. Ct. Ga. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.